OCTOBER 24, 1966.

No. 100. KLOPFER *v.* NORTH CAROLINA. Sup. Ct. N. C. (Certiorari granted, 384 U. S. 959.) Motion of American Civil Liberties Union et al. for leave to file brief, as *amici curiae,* granted. *Melvin L. Wulf* on the motion.

No. 614, Misc. RUIZ *v.* DISTRICT OF COLUMBIA COURT OF GENERAL SESSIONS ET AL. Motion for leave to file petition for writ of prohibition and/or mandamus denied. *LeRoy E. Batchelor* for petitioner.